UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
STEPHEN FLANAGAN, *as a Trustee of
the General Building Laborers' Local 66
Vacation Fund*, ET AL.,

                Plaintiffs,                           **REPORT & RECOMMENDATION**
                                                                                     **20 CV 671 (KAM)(LB)**

   -against-

FRASER CONSTRUCTION., INC. and
ROBERT FRASER,

                Defendants.
-------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

       Plaintiffs commenced this action against defendants on February 7, 2020, ECF No. 1, and the summons was issued on the same day, ECF No. 4. The Federal Rules of Civil Procedure provide that:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Under Rule 4(m), plaintiffs were required to serve defendants with the complaint and summons by May 7, 2020. As of the date of this Report, the Court's record does not reflect that plaintiffs have properly served defendants. Because plaintiffs have failed to file proof of service or show good cause why service was not timely effected on defendants, it is respectfully recommended that plaintiffs' action should be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

                      **FILING OF OBJECTIONS TO THIS REPORT AND RECOMMENDATION**

       Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b)(2) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written

objections. See also Fed. R. Civ. P. 6.  Such objections (and any responses to objections) shall be filed with the Clerk of the Court.  Any request for an extension of time to file objections must be made within the fourteen-day period. Failure to file a timely objection to this Report generally waives any further judicial review.  Marcella v. Capital Dist. Physicians' Health Plan, Inc., 293 F.3d 42, 46 (2d Cir. 2002); Small v. Sec'y of Health & Human Servs., 892 F.2d 15, 16 (2d Cir. 1989); see Thomas v. Arn, 474 U.S. 140 (1985).

SO ORDERED.

                                          /S/
                                LOIS BLOOM
                                United States Magistrate Judge

Dated: September 4, 2020
       Brooklyn, New York